IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PARIS J. LESLIE                 :        CIVIL ACTION
                                :
        v.                      :
                                :
JOHN E. WETZEL                  :        NO. 13-4851

## ORDER

AND NOW, this / 7ᵗʰ day of September, 2013, upon
consideration of plaintiff's complaint and his motion to proceed
in forma pauperis, IT IS ORDERED that:

1.    Leave to proceed in forma pauperis is GRANTED.

2.    Plaintiff, Paris J. Leslie, #JG-3024, shall
pay in installments the full filing fee of $350. Based on the
financial information provided by plaintiff, an initial partial
filing fee of $20.96 is assessed. The Superintendent or other
appropriate official at the State Correctional Institution at
Coal Township or at any other prison at which plaintiff may be
incarcerated is directed to deduct $20.96 from plaintiff's inmate
trust fund account, when such funds become available, and forward
that amount to the Clerk of the United States District Court for
the Eastern District of Pennsylvania, 2609 U.S. Courthouse,
Philadelphia, PA 19106, to be credited to Civil Action No. 13-
4851. After the initial partial filing fee is collected and
until the full filing fee is paid, the Superintendent or other
appropriate official at the State Correctional Institution at
Coal Township or at any prison at which plaintiff may be
incarcerated, shall deduct from plaintiff's account, each time
that plaintiff's inmate trust fund account exceeds $10, an amount
no greater than 20 percent of the money credited to his account

during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 13-4851.

3. Plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

4. The Clerk of Court is directed to send a copy of this order to the Superintendent of the State Correctional Institution at Coal Township.

5. The Clerk of Court shall CLOSE this case.

BY THE COURT:

RONALD L. BUCKWALTER, J.